# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF CASE OPENING

October 22, 2014

| No.: 14-3322 | RHONDA EZELL, et al.,<br>Plaintiffs - Appellants<br><br>v.<br><br>CITY OF CHICAGO,<br>Defendant - Appellee |
|---|---|
| **Originating Case Information:** | |

District Court No: 1:10-cv-05135
Northern District of Illinois, Eastern Division
District Judge Virginia M. Kendall
Clerk/Agency Rep Thomas G. Bruton
Court Reporter Gayle McGuigan

Case date filed: 10/22/2014
Case type: cv/pri
Fee status: Paid
Date of Judgment: 09/29/2014
Date NOA filed: 10/21/2014

The above-captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit.

**Deadlines:**

| Appeal No. | Filer | Document | Due Date |
|---|---|---|---|
| 14-3322 | Action Target, Incorporated | Docketing statement due | 10/28/2014 |

| | | | |
|---|---|---|---|
| 14-3322 | Joseph I. Brown | Docketing statement due | 10/28/2014 |
| 14-3322 | Rhonda Ezell | Docketing statement due | 10/28/2014 |
| 14-3322 | William Hespen | Docketing statement due | 10/28/2014 |
| 14-3322 | Second Amendment Foundation, Incorporated | Docketing statement due | 10/28/2014 |
| 14-3322 | Action Target, Incorporated | Transcript information sheet | 11/05/2014 |
| 14-3322 | Joseph I. Brown | Transcript information sheet | 11/05/2014 |
| 14-3322 | Rhonda Ezell | Transcript information sheet | 11/05/2014 |
| 14-3322 | William Hespen | Transcript information sheet | 11/05/2014 |
| 14-3322 | Second Amendment Foundation, Incorporated | Transcript information sheet | 11/05/2014 |
| 14-3322 | Action Target, Incorporated | Appellant's brief | 12/01/2014 |

| 14-3322 | Joseph I. Brown | Appellant's brief | 12/01/2014 |
| 14-3322 | Rhonda Ezell | Appellant's brief | 12/01/2014 |
| 14-3322 | William Hespen | Appellant's brief | 12/01/2014 |
| 14-3322 | Second Amendment Foundation, Incorporated | Appellant's brief | 12/01/2014 |

**NOTE:** This notice is issued to counsel of record, in furtherance of the revised *Circuit Rule 3(d)*, to provide necessary information regarding this appeal. Please verify this notice for accuracy. Counsel are encouraged to provide a fax and/or e-mail address to the court. If any corrections are necessary, please indicate those corrections on this notice and return it to the Clerk's Office within ten (10) days.

**THIS NOTICE SHALL NOT ACT AS A SUBSTITUTE FOR MOTIONS FOR NON-INVOLVEMENT / SUBSTITUTION OF COUNSEL. COUNSEL ARE STILL REQUIRED TO FILE THE APPROPRIATE MOTIONS.**
Important Scheduling Notice!

> Notices of hearing for particular appeals are mailed shortly before the date of oral argument. Criminal appeals are scheduled shortly after the filing of the appellant's main brief; civil appeals after the filing of the appellee's brief. If you foresee that you will be unavailable during a period in which your particular appeal might be scheduled, please write the clerk advising him of the time period and the reason for such unavailability. Session data is located at http://www.ca7.uscourts.gov/cal/calendar.pdf. Once an appeal is formally scheduled for a certain date, it is very difficult to have the setting changed. See Circuit Rule 34(e).

form name: **c7_Docket_Notice**(form ID: **108**)