# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## AMENDED
## NOTICE OF ORAL ARGUMENT

September 11, 2015

```
RHONDA EZELL, et al.,                ]  Appeals from the United
     Plaintiffs-Appellees,            ]  States District Court for
     Cross-Appellants,                ]  the Northern District of
                                      ]  Illinois, Eastern Division.
Nos. 14-3312 and 14-3322      v.     ]
                                      ]  No. 1:10-cv-05135
CITY OF CHICAGO,                      ]
     Defendant-Appellant,             ]  Virginia M. Kendall, Judge.
     Cross-Appellee.                  ]
```

**IT IS ORDERED** that this case be orally argued on Wednesday, November 4, 2015, in the Main Courtroom, Room 2721 of the United States Court of Appeals for the Seventh Circuit, 219 South Dearborn Street, Chicago, Illinois, at 9:30 a.m.

Oral argument will be no more than 25 minutes for each side. **Please note that this has been a change in the minutes assigned for oral argument.** Counsel are advised that the panel of judges assigned to oral argument may decide, after reading the briefs, that less time is required for oral argument.

Copies of this notice have been sent to counsel of record.

**NOTE:** Any request for waiver or postponement of a scheduled oral argument must be made by formal motion, with proof of service on all other parties and must be received by the court within five (5) calendar days from the date at the top of this notice. Postponement will be granted only in extraordinary circumstances. See Circuit Rule 34(e).

NOTE
Please review the attached "Special Notice to Counsel Who Will Present Oral Argument" for important requirements and information about oral argument in the Court of Appeals.

form name: **c7_NoticeOfOralArg**(form ID: **156**)